UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD HARRY STOVER,

Plaintiff,

v.

CITY OF MINNEAPOLIS; OFFICE CRAIG NORDBYE, individually, personally, and in his capacity as a Minneapolis Police Officer; ROBERT OLSON, Chief of Police, personally, individually, and in his official capacity,

Defendants.

CIVIL NO. 00-2498 (DSD/JMM)

ORDER

The above matter came on before the undersigned on April 2, 2001 upon Plaintiff's Motion to Amend Scheduling Order to Add Party By Name, and for Leave to Amend the Complaint to Add Craig Nordbye as a Defendant. There is no opposition by the Defendants, and oral argument was waived on the Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Scheduling Order to Add Party By Name, and for Leave to Amend the Complaint to Add Craig Nordbye as a Defendant is granted as follows:

1. Defendant Craig Nordbye shall be replaced for the pseudonymous defendant "Richard Roe." The dates on the current Pretrial Scheduling Order are not changed.

APR 0 2 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

2. The Amended Complaint shall be served and filed on or before April16, 2001.

Dated: April 2, 2001

JOHN M. MASON
United States Magistrate Judge