**UNITED STATES DISTRICT COURT**
**FOR THE**
**MINNESOTA DISTRICT**

---

Ronald Harry Stover,

Plaintiff,

v.

Civil File No.: 00-2498 DSD/JMM

City of Minneapolis, a Minnesota municipal corporation; Officer Richard Roe, an unknown and unnamed Minneapolis Police officer, personally, individually, and in his capacity as a Minneapolis Police Officer; Robert Olson, Chief of Police, personally, individually, and in his official capacity,

Defendants.

**STIPULATION TO AMEND SCHEDULING ORDER** AND ORDER

---

Plaintiff Ronald Harry Stover ("Plaintiff") and Defendants City of Minneapolis and Robert Olson ("Defendants"), each and all believing that an amended Scheduling Order should be entered pursuant to Rule 16 of the Rules of Civil Procedure in order allow additional time to identify expert witnesses and provide full disclosures pursuant to Rule 26(a)(2)(B), and each having stipulated, by their counsel, to the entry of this amended Scheduling Order and Order Amending Scheduling Order, and the Court having considered the proposed order, good cause appearing there for,

**IT IS HEREBY ORDERED THAT:**

1. The Scheduling Order in this case is hereby Amended to permit the Plaintiff until August 1, 2001 to identify his expert witness, and to permit the Defendants until August 15, 2001

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

to identify their expert witness.

2. The Scheduling Order shall also be amended to permit Plaintiff until September 1, 2001 to provide full expert disclosures, and to permit Defendants until October 2, 2001 to provide full expert disclosures.

Dated: 6-21-01

**WARD, GOINS & WOOD, P.A.**

By: Kathryn R. Burke

Albert T. Goins, Sr., #126159
Kathryn R. Burke Browne, #299583
1919 University Avenue West
Suite 116
St. Paul, Minnesota 55104
(651) 642-9800

Dated: 6-26-01

**JAY M. HEFFERN**
**CITY ATTORNEY**

By: Susan J. Walgrave

Susan Walgrave, #0234254
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2063

**ORDER**

Based upon the above Stipulation of the parties and upon Rule 16 of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the above shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply herewith.

Dated this 2 day of July, 2001.

BY THE COURT:

Honorable John M. Mason
United States Magistrate Judge
United States District Court