UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Ronald Harry Stover,**

**Plaintiff,**

**vs.**

**City of Minneapolis, a Minnesota municipal corporation; Officer Craig Nordby, a Minneapolis Police Officer, personally, individually, and in his capacity as a Minneapolis Police Officer; Robert Olson, Chief of Police, personally, individually, and in his official capacity,**

**Defendants.**

**Civil No. 00-2498 (DSD/JMM)**

**ORDER DISMISSING ALL CLAIMS AGAINST CRAIG NORDBY AND ROBERT OLSON**

---

ORDER

Pursuant to the stipulation of the parties, the Court hereby dismisses, with prejudice and on their merits, but without cost to either party, claims against all parties excepting the City of Minneapolis, a municipal corporation.

BY THE COURT

Dated: 1/7/02

David S. Doty
Judge of District Court

FILED 1-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ronald Harry Stover,**

**Plaintiff,**

**vs.**

**City of Minneapolis, a Minnesota municipal corporation; Officer Craig Nordby, a Minneapolis Police Officer, personally, individually, and in his capacity as a Minneapolis Police Officer; Robert Olson, Chief of Police, personally, individually, and in his official capacity,**

**Defendants.**

**Civil No. 00-2498 (DSD/JMM)**

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CRAIG NORDBY AND ROBERT OLSON**

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that all claims against Defendant Craig Nordby, personally, individually, and in his capacity as a Minneapolis Police Officer, and that all claims against Defendant Robert Olson, personally, individually, and in his official capacity, may be and are hereby dismissed on their merits with prejudice, but without cost to any party; and the Court, upon filing of this Stipulation, is hereby authorized and directed to so dismiss the action against said Defendants. This stipulation does not contemplate the dismissal of the City of Minneapolis, a municipal corporation.

Dated: 1-4-02

AL GOINS
Attorney Reg. No. 126159
Wood & Goins, P.C.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415

Dated: 1/04/02

JAY M. HEFFERN
City Attorney
By Susan L. Walgrave
SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 U. S. Courthouse<br>515 West First Street<br>Duluth, MN 55802<br>(218) 529-3500 |