**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ronald Harry Stover,**

**Plaintiff,**

**vs.**

**City of Minneapolis, a Minnesota municipal corporation,**

**Defendant.**

**Civil No. 00-2498 (DSD/JMM)**

**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**

---

The above-entitled matter having been fully compromised and settled, the parties by and through their undersigned attorneys hereby stipulate and agree that the above matter shall be and is dismissed with prejudice, but without cost to either party.

Dated: 1-10-02

AL GOINS
Attorney Reg. No. 126159
Wood & Goins, P.C.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415

Dated: 1-11-02

JAY M. HEFFERN
City Attorney
By

SUSAN L. WALGRAVE
Attorney Reg. No. 0234254
Assistant City Attorney
333 South 7th Street, Ste 300
Minneapolis, MN 55402

**ORDER FOR DISMISSAL WITH PREJUDICE**

The above matter having come on before the Court on the foregoing Stipulation of Dismissal With Prejudice, and the Court having considered the parties' Settlement Agreement.

FILED 1-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-17-02
DEPUTY CLERK

IT IS HEREBY ORDERED that pursuant to Minn. Stat. §466.08, the settlement of the parties is hereby approved and judgment of dismissal in all things with prejudice and without costs may be entered as a matter of record.

BY THE COURT

Dated: 1/17/02

David S. Doty
Judge of District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.